**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Thomas F. Brennan  III                    CHAPTER 13
                 Debtor(s)

                                                 BKY. NO. 22-13325 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

   Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

                                                 Respectfully submitted,

                                                 /s/ *Michael Farrington*
                                                 Michael Farrington
                                                 05 Jan 2023, 10:53:21, EST

                                                 KML Law Group, P.C.
                                                 701 Market Street, Suite 5000
                                                 Philadelphia, PA 19106-1532
                                                 (215) 627-1322

Document ID: 1c175184cb1b26c61534bc8ff30080a89d9a280e97f932cc50e32941ace30094