United States Bankruptcy Court for
the Eastern District of Pennsylvania

In re: Thomas F Brennan            : Bky. No. 22-13325

　　　Debtor                        : Chapter 13

Certification of No Pay Advices

Thomas F Brennan, hereby certifies that they are *is a* retired persons, and have been so for more than six months, and hence, has no pay advices from an employer to file in this case.

_____
Debtor  *(signed: Thomas Brennan)*

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com