**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                                                                                    Chapter 13

THOMAS F BRENNAN, III                                          Bankruptcy No. 22-13325-pmm

412 SUTTON AVE

FOLSOM, PA 19033

            Debtor

**CERTIFICATE OF SERVICE**

    **AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    THOMAS F BRENNAN, III

    412 SUTTON AVE

    FOLSOM, PA 19033

**Counsel for debtor(s), by electronic notice only.**
    LAWRENCE S. RUBIN , ESQUIRE
    337 WEST STATE STREET

    MEDIA, PA 19063-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

Date: 3/15/2023                                                                                              /s/ Kenneth E. West

                                                                                                                     _____
                                                                                                                     Kenneth E. West, Esquire
                                                                                                                     Chapter 13 Standing Trustee