United States Bankruptcy Court for
the Eastern District of Pennsylvania

| | |
|---|---|
| In re: Thomas F Brennan | |
| Debtor | Chapter 13 |
| PNC BANK, NATIONAL ASSOCIATION<br>Movant | Bky. No. 22-13325-PMM |
| vs. | |
| Thomas F. Brennan III<br>Debtor | 11 USC 362 |
| Kenneth E. West<br>Trustee | |

Praecipe to Withdraw Doc. #32

To the Clerk

Please withdraw document #32.

**s/ Lawrence S.  Rubin, Esquire**
Lawrence S.  Rubin, Esquire
Attorney for the debtors
337 W State Street
Media, PA 19063-2615
(610) 565-6660

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com