UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Thomas Brennan         : Chapter 13

       Debtor              : Bky No.22-13325-pmm

**Certification of Service**

    I, Lawrence S. Rubin, Esquire, attorney for debtor, do hereby certify service of Debtor's 2d Amended Chapter 13 Plan, upon the following parties on July 7, 2023, by the court ECF system:

Michael P. Farrington, Esq.
Attorney for PNC Bank
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
mfarrington@kmllawgroup.com

Internal Revenue Service

Kenneth West, Chapter 13 Trustee

and all other creditors filing claims.

By regular mail

PSECU
POB 67013
Harrisburg PA 17106

Thomas F Brennan, the debtor.

And all other unsecured creditors

                                                  **s/Lawrence S. Rubin, Esquire**
                                                  Lawrence S. Rubin, Esquire
                                                  Attorney for Debtor
                                                  337 West State Street
                                                  Media, PA 19063
                                                  Phone No: (610) 565-6660

Dated: July 7, 2023

**Lawrence S. Rubin
Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com