UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re:   Thomas Brennan              : Chapter 13

        Debtor                  : Bky No.22-13325-pmm

**Praceipe**

To the Clerk

    Please withdraw Doc 36-1 Filed 07/07/23 Entered 07/07/23 which was filed in error.

                **s/Lawrence S. Rubin, Esquire**
                Lawrence S. Rubin, Esquire
                Attorney for Debtor
                337 West State Street
                Media, PA 19063
                Phone No: (610) 565-6660

Dated: July 7, 2023

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com