**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Thomas F. Brennan III<br>Debtor(s) | CHAPTER 13 |
| PNC BANK, NATIONAL ASSOCIATION<br>Movant<br>vs<br>Thomas F. Brennan III<br>Debtor(s)<br>Kenneth E. West<br>Trustee | NO. 22-13325 PMM<br><br>11 U.S.C. Section 362 |

**ORDER**

    **AND NOW**, upon consideration of the Stipulation resolving the Motion for Relief from Automatic Stay filed by PNC Bank, National Association, it is hereby **ORDERED** that:

    the stipulation, as executed by all parties, is **APPROVED**.

**Date: August 14, 2023**

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge