United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 22-13325-pmm
Thomas F Brennan, III     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Aug 14, 2023     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Thomas F Brennan, III, 412 Sutton Ave, Folsom, PA 19033-1220 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2023     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2023 at the address(es) listed below:

**Name**     **Email Address**

ADAM BRADLEY HALL
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION amps@manleydeas.com

BRIAN CRAIG NICHOLAS
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Aug 14, 2023 | Form ID: pdf900 | Total Noticed: 1

LAWRENCE S. RUBIN
 on behalf of Debtor Thomas F Brennan III echo@pennlawyer.com, foxtrot@pennlawyer.com;7272@notices.nextchapterbk.com

MICHAEL PATRICK FARRINGTON
 on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mfarrington@kmllawgroup.com

United States Trustee
 USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Thomas F. Brennan III<br>*Debtor(s)* | CHAPTER 13 |
| PNC BANK, NATIONAL ASSOCIATION<br>*Movant*<br>vs | NO. 22-13325 PMM |
| Thomas F. Brennan III<br>*Debtor(s)* | |
| Kenneth E. West<br>*Trustee* | 11 U.S.C. Section 362 |

**ORDER**

    **AND NOW**, upon consideration of the Stipulation resolving the Motion for Relief from Automatic Stay filed by PNC Bank, National Association, it is hereby **ORDERED** that:

    the stipulation, as executed by all parties, is **APPROVED**.

**Date: August 14, 2023**

*/s/ Patricia M. Mayer/*
_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge