United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 22-13325-pmm

Thomas F Brennan, III     Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2

Date Rcvd: Oct 11, 2023     Form ID: 155     Total Noticed: 16

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Thomas F Brennan, III, 412 Sutton Ave, Folsom, PA 19033-1220 |
| 14742059 | + | Acqua America, 762 W Lancaster Ave, Bryn Mawr, PA 19010-3402 |
| 14742061 | + | Bryn Mawr Medical Assoc, 955 Haverford Road, Suite 300, Bryn Mawr, PA 19010-3848 |
| 14746650 | + | PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 14742058 | + | POB 1820, Dayton, OH 45401-1820 |
| 14742067 | + | Penn Medicine, 3700 Market St, Philadelphia, PA 19104-3147 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14742060 | + | Email/Text: BarclaysBankDelaware@tsico.com | Oct 12 2023 00:37:00 | Barclays Bank Delaware, Attention: Bankruptcy PO Box 1337, Philadelphia, PA 19105 |
| 14742062 | | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org | Oct 12 2023 00:37:00 | Franklin Mint Fcu, PO Box 1907, Media, PA 19063 |
| 14742063 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 12 2023 00:37:00 | Internal Revenue Service, POB 7346, Phialedlphia, PA 19101-7346 |
| 14742064 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 12 2023 00:37:00 | Jefferson Capital, 16 McLeland Rd, Saint Cloud, MN 56303 |
| 14742065 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 12 2023 00:37:11 | JPMCB - CARD SERVICES, 301 N WALNUT ST, FLOOR 09, Wilmington, DE 19801 |
| 14750436 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 12 2023 00:36:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14751908 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 12 2023 00:37:00 | PNC Bank, National Association, Attn: Bankruptcy Dept., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14746528 | ^ | MEBN | Oct 12 2023 00:33:22 | PNC BANK, NATIONAL ASSOCIATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14742069 | + | Email/Text: bankruptcynotices@psecu.com | Oct 12 2023 00:37:00 | PSECU, POB 67013, Harrisburg, PA 17106-7013 |
| 14742066 | + | Email/Text: bankruptcygroup@peco-energy.com | Oct 12 2023 00:37:00 | Peco Energy, 2301 Market Street, Philadelphia, PA 19103-1380 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 11, 2023 | Form ID: 155 | Total Noticed: 16 |

**preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14742068 | | PNC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2023         Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION amps@manleydeas.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| LAWRENCE S. RUBIN | on behalf of Debtor Thomas F Brennan  III echo@pennlawyer.com, foxtrot@pennlawyer.com;7272@notices.nextchapterbk.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION mfarrington@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Thomas F Brennan, III
    Debtor(s)

Chapter: 13

Bankruptcy No: 22−13325−pmm

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this October 10, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Patricia M. Mayer
Judge, United States Bankruptcy Court

60
Form 155