United States Bankruptcy Court for
the Eastern District of Pennsylvania

In re: Thomas Brennan, III  : Chapter 13

    Debtor  : Bky. No. 22-13325-pmm

**ORDER GRANTING MOTION TO MODIFY PLAN**

AND NOW upon consideration of the Debtors' Motion to Modify the confirmed chapter 13 Plan (doc. #69 , the "Motion");

It is hereby ordered that

1) The Motion is granted; and

2) The Modified Plan (doc. #71) is approved.

                                       Patricia M Mayer,
                                       U.S. Bankruptcy Judge

Dated: _____, 2024

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com