United States Bankruptcy Court for
the Eastern District of Pennsylvania

In re: Thomas Brennan, III  : Chapter 13

    Debtor  : Bky. No. 22-13325-pmm

### Certificate of No Response

The undersigned counsel for the debtor hereby certifies that more than 21 days have elapsed from service upon debtor's Motion for Post-Confirmation Plan Modification, and that no creditor or any other party in interest has served upon counsel for debtor an answer, objection responsive pleading or request for hearing.

**s/Lawrence S. Rubin, Esquire**
Lawrence S. Rubin, Esquire
Attorney for Debtor
Lrubin@pennlawyer.com
337 West State Street
Media, PA 19063
(610) 565-6660

Dated: May 7, 2024

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com