United States Bankruptcy Court for
the Eastern District of Pennsylvania

In re: Thomas Brennan, III  : Chapter 13

Debtor  : Bky. No. 22-13325-pmm

O R D E R

AND NOW, upon consideration of the Motion to Vacate Order of January 23, 2024 and Reinstate Stay ("the Motion"), and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby ORDERED that:

1. The request for an expedited hearing is GRANTED.

2. A hearing to consider the Motion shall be held on Wednesday, June 12, 2024, at 1:00 p.m. in the United States Bankruptcy Court, 901 Market Street Philadelphia Pennsylvania.

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4. The Movant(s) shall serve the Motion and this Order on the U.S. Trustee, the case Trustee (if any), the individual Respondent(s) (if any), all secured creditors and all priority creditors by overnight mail, facsimile transmission or e-mail transmission no later than 5:00 p.m. on or before Tuesday, June 4, 2024. Service under this Paragraph is effective if made to each party identified above through the court's CM/ECF system.

5. The Movant shall serve this Order and a Notice of the Motion in conformity with Local Bankruptcy Form 9014-3 on all other parties in interest, including creditors, by regular mail no later than 5:00 p.m. on                    .

6. The Movant shall file a Certification of Service as required by Local Rule 9014-4.

Date: 05/31/24

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com