United States Bankruptcy Court for
the Eastern District of Pennsylvania

In re: Thomas Brennan, III                : Chapter 13

       Debtor                            : Bky. No. 22-13325-pmm

Certificate of Service

      Lawrence S Rubin, Esquire, counsel for the debtor hereby certifies service of the court's order of May 31, 2024, together with the Motion to Resinate the Automatic Stay upon the following parties in the manner indicated:

**By email and through the court's CM/ECF system:**

The U.S. Trustee, the Chapter 13 Trustee, Kenneth West, all secured creditors and all priority creditors.

**By regular mail**

all other parties in interest, including all creditors, in conformity with Local Bankruptcy Form 9014-3 by regular mail deposited on June 2, 2024

                                             **s/Lawrence S. Rubin, Esquire**
                                             Lawrence S. Rubin, Esquire
                                             Attorney for Debtor
                                             Lrubin@pennlawyer.com
                                             337 West State Street
                                             Media, PA 19063
                                            (610) 565-6660

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com