United States Bankruptcy Court for
the Eastern District of Pennsylvania

In re: Thomas Brennan, III  : Chapter 13

    Debtor  : Bky. No. 22-13325-pmm

<u>Praecipe to Withdraw Motion for Post-Confirmation Plan Modification</u>

To the Clerk:

Please withdraw the debtor's motion for plan modification as moot.

                                                 **<u>s/Lawrence S. Rubin, Esquire</u>**
                                                 Lawrence S. Rubin, Esquire
                                                 Lrubin@pennlawyer.com
                                                 Attorney for Debtor
                                                 337 West State Street
                                                 Media, PA 19063
                                                 (610) 565-6660

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com