IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No.: 22-13325 |
| Thomas F Brennan, III | : | Chapter 13 |
| | : | Judge Patricia M. Mayer |
| Debtor(s) | : | * * * * * * * * * * * * * * * * * |
| | : | |
| Thomas F Brennan, III | : | |
| Movant, | : | Related Document # 75 |
| vs | : | |
| | : | |
| PNC Bank, National Association | : | |
| Kenneth E. West | : | |
| Respondents. | : | |
| | : | |

## ORDER OF COURT

AND NOW, to wit, this __18th__ day of __June_____, 2024, upon consideration of the foregoing Stipulation for Settlement of Debtor's Motion to Vacate Order of January 23, 2024 and Reinstate Stay, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. The terms of the foregoing Stipulation are hereby approved in their entirety and incorporated herein as part of this Order.

2. Pursuant to the Stipulation, Creditor is entitled to relief from the automatic stay upon default of Debtor, subject to the terms of the Stipulation.

3. If the case is dismissed for any reason within the first 12 months of this Order approving the Stipulation, the debtor shall be barred from re-filing another case for a period of one year. If presented with a bankruptcy petition within the year after dismissal order is entered, the sheriff may use this Order to disregard any bankruptcy in that period.

By the Court:

*Patricia M. Mayer*

PATRICIA M. MAYER, JUDGE
UNITED STATES BANKRUPTCY COURT