IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 22-13325 |
| Thomas F Brennan, III | : Chapter 13 |
| | : Judge Patricia M. Mayer |
| Debtor(s) | : * * * * * * * * * * * * * * * * * |
| | : |
| PNC Bank, National Association | : |
| Movant, | : Related Document # 75, 85, 86 |
| vs | : |
| | : |
| Thomas F Brennan, III | : |
| Kenneth E. West | : |
| Respondents. | : |

## ORDER OF COURT

AND NOW, to wit, this **17th** day of **July**, 2024, upon consideration of the foregoing Amended Stipulation for Settlement of Motion to Vacate Order of January 23, 2024 and Reinstate Stay, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. The terms of the foregoing Amended Stipulation are hereby approved in their entirety and incorporated herein as part of this Order.

2. Pursuant to the Amended Stipulation, Creditor is entitled to relief from the automatic stay upon default of Debtor, subject to the terms of the Stipulation.

By the Court:

*Patricia M. Mayer*
_____
PATRICIA M. MAYER, JUDGE
UNITED STATES BANKRUPTCY COURT