United States Bankruptcy Court for
the Eastern District of Pennsylvania

In re: Thomas Brennan, III  : Chapter 13

      Debtor  : Bky. No. 22-13325-pmm

Objection/Request for Hearing

To the Clerk:

    Debtor hereby objections to the Certification of Default of PNC Bank, National Association dated October 29, 2025 and requests a hearing thereon.

                                    **s/Lawrence S.  Rubin, Esquire**
                                    Lawrence S. Rubin, Esquire
                                    Lrubin@pennlawyer.com
                                    Attorney for Debtor
                                    337 West State Street
                                    Media, PA 19063
                                    (610) 565-6660

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com