*Form 167* (1/25)–doc 96 – 95

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    Thomas F Brennan III ) | Case No. 22–13325–pmm |
| ) | |
| Debtor(s). ) | Chapter: 13 |
| ) | |

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

Objection to Certification of Default filed by Creditor PNC BANK, NATIONAL ASSOCIATION Filed by Thomas F Brennan III

on: 11/19/25

at: 01:00 PM

in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

Date: November 3, 2025

For The Court

Mohung Wong
Clerk of Court