# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Thomas F Brennan, III <br> _Debtor_ <br><br> PNC BANK, NATIONAL ASSOCIATION <br> _Moving Party_ <br> vs. <br><br> Thomas F Brennan, III <br> _Debtor_ <br><br> Kenneth E. West <br> _Trustee_ | CHAPTER 13 <br><br><br> NO. 22-13325 PMM <br><br><br> 11 U.S.C. Section 362 |

## ORDER

AND NOW, this **20th** day of **January**, 2026 at Philadelphia, upon consideration of this Stipulation, it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the Court retains discretion regarding entry of any further order.

_Patricia M. Mayer_

Hon. Patricia M. Mayer
United States Bankruptcy Judge